JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415 255-8631
jdrous@msn.com

Attorney for Defendant
MICHAEL YUK LAM LEUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCE MING WAN, et al.,<br><br>    Defendants.            / | No. CR 06-0426 SI<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS** |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant MICHAEL YUK LAM LEUNG's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that defendant LEUNG can travel from the San Francisco Bay Area to Las Vegas, Nevada, leaving the San Francisco Bay Area on September 1, 2007, and returning on September 7, 2007. Defendant Leung shall provide an itinerary and contact number to Pre-trial Services Officer Paul Mamaril. Officer Mamaril has been consulted regarding this matter and has stated he has no objections to this plan.

Dated: August 7, 2007            /s/
                                 JULIANA DROUS
                                 Attorney for Defendant
                                 MICHAEL YUK LAM LEUNG

Dated: August 8, 2007            /s/
                                 ANDREW M. SCOBLE
                                 Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated:    08/09/07
                                 HONORABLE SUSAN ILLSTON
                                 Judge, U.S. District Court

ORDER RE: MODIFICATION OF TRAVEL CONDITIONS