JOSEPH P. RUSSONIELLO  (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-6401
   Fax:  (415) 436-6982
   E-Mail:    nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>  v. )<br>)<br>MICHAEL LEUNG, )<br>)<br>    Defendant. )<br>_____ ) | No.:  CR 06-0426 SI<br><br>STIPULATION  CONTINUING SENTENCING HEARING; AND [PROPOSED] ORDER |

## STIPULATION

     The parties, through undersigned counsel, STIPULATE that the sentencing hearing in this matter be continued, with the Court's concurrence, from April 6, 2010 at 4:00 p.m. to April 9, 2010 at 11:00 a.m.  The reason for this continuance is due to the unavailability of Government counsel on April 6, 2010.  The defendant has no objection to this continuance.

///

///

///

STIPULATION; ORDER            1

Dated: February 16, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nicole M. Kim
_____
NICOLE M. KIM
Assistant United States Attorney

Dated: February 16, 2010

/s/ Juliana Drous
_____
JULIANA DROUS
Attorney for Defendant

## [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The sentencing hearing in this matter is continued to April 9, 2010 at 11:00 a.m.

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Judge